DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Gregorey Wright

        Plaintiff,

vs.

Civil No. 04-cv-01775-BR

**Commissioner of Social Security**

        **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $4.47, costs in the amount of $7.50, and attorney's fees in the amount of $3971.68 for total in the amount of $3983.65, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 10th day of January, 2005.

_Anna Brown_
District Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**